a different situation would present itself, but where the product was pure, as in this case, and contained no ingredients that would in any way injure the public health, I do not think the spirit of the statute was violated by failing to have branded on the containers the statement that the vinegar was made from evaporated apples. I, therefore, dissent and vote to reverse the judgment and dismiss the complaint.

---

In the Matter of the Transfer Tax Appraisal of the Estate of MARY L. FLEMING, Deceased. ABRAM A. POST and Others, as Administrators, etc., Appellants; STATE TAX COMMISSION, Respondent.— Order modified by striking therefrom the assessment of the tax on the transfer of 459 shares of the capital stock of the Security Savings Bank and Trust Company of Los Angeles, and as so modified affirmed, with costs to the appellant. All concur, except Sears, J., who dissents and votes for affirmance.

INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

THE WEST END BREWING COMPANY, Respondent, v. THE CITY OF UTICA, Appellant.— Judgment and order affirmed, with costs, and motion to receive evidence denied. All concur.

EMMA M. POLLARD GREER, Appellant, v. THE CITY OF ROCHESTER, Respondent.— Plaintiff's exceptions overruled; motion for a new trial denied, with costs, and judgment directed for defendant upon the nonsuit, with costs. All concur.

CHESTER W. CONANT and Others, Respondents, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of the Construction of the Last Will and Testament of JOSEPHINE LOY, Deceased.— Decree affirmed, with costs. All concur.

In the Matter of the Application of EDWARDS D. EMERSON and Others, as and Constituting the Board of Education of the City of Buffalo, Appellants, for a Mandamus Order against FRANK X. SCHWAB and Others, as Members of and Constituting the Council of the City of Buffalo, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Application of EDWARDS D. EMERSON and Others, as and Constituting the Board of Education of the City of Buffalo, Appellants, for a Mandamus Order against FRANK X. SCHWAB and Others, as Members of and Constituting the Council of the City of Buffalo, Respondents.— Order affirmed, with costs. All concur.

DAVID H. WELSH, Respondent, v. COWLES SHIPYARD COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

JAMES A. GREEN, Suing on Behalf of Himself and Other Bondholders, Similarly Situated, of the PEOPLE'S GAS LIGHT AND COKE COMPANY OF BUFFALO, etc., Respondent, v. PEOPLE'S GAS LIGHT AND COKE COMPANY OF BUFFALO and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs, on opinion by Woodward, J., at Special Term. [Reported in 118 Misc. Rep. 1.] All concur; Sears, J., not sitting.

HARVEY R. GAYLORD, JR., by HARVEY R. GAYLORD, His Guardian ad Litem, Respondent, v. FIRESTONE TIRE AND RUBBER COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

In the Matter of a Search Warrant for Liquors Kept by JOHN DOE, on Premises